IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **GEORGE SAMUELS,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:22-cr-00030-TES-CHW-2** |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE**

Before the Court is Defendant George Samuels' Unopposed Motion for Continuance [Doc. 64]. On December 15, 2022, the Government obtained an indictment charging Defendant with the offenses of Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii); Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) and 18 U.S.C. § 2; and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A). [Doc. 1]. Defendant entered a plea of not guilty on October 11, 2023. [Doc. 54]. On November 8, 2023, the Court held a hearing, and the Defense reiterated the request for a continuance. *See* [Doc. 65].

Defendant seeks to continue trial because there is a large amount of discovery, including some materials which counsel only received as of November 6, 2023, and Defendant needs further time to review the materials with counsel and discuss next

steps in the case. [Doc. 64, p. 2]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion for Continuance [Doc. 64], and this case and its pretrial conference are **CONTINUED** to the Court's February trial term—beginning February 26, 2024. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 8th day of November, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
