# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**GEORGE SAMUELS,**<br><br>   *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:22-cr-00030-TES-CHW-2** |

## ORDER GRANTING THE GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

  Before the Court is the Government's Unopposed Motion for Continuance [Doc. 67]. On December 15, 2022, the Government obtained an indictment charging Defendant with the offenses of Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii); Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) and 18 U.S.C. § 2; and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A). [Doc. 1]. Defendant entered a plea of not guilty on October 11, 2023. [Doc. 54]. On November 8, 2023, the Court granted Defendant's Motion to Continue. [Doc. 64]; [Doc. 66].

  The Government now seeks a continuance because the parties are currently involved in plea negotiations, and the Government anticipates that they will reach an agreement within the next few weeks. [Doc. 67, pp. 1–2]. Defendant does not oppose the

motion. [*Id*. at p. 2]. So as to avoid a miscarriage of justice, the Court **GRANTS** the Government's Motion to Continue [Doc. 67], and this case and its pretrial conference are **CONTINUED** to the Court's next trial term—beginning March 25, 2024. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 16th day of January, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**